IN THE *United States DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF ALABMA*
*SOUTHERN DIVISION*

ZUUb SEP 18  A II: 07

ANGELA DENISE NAILS,

   *Plaintiff,*       Case No.  1 : 06 CV 802-mHT

MANPOWER TEMPORARY SERVICES,

   *Defendant,*

REASON FOR DISMISSAL

The plaintiff case against the defendant was dismiss the plaintiff is asking

the  ethic reason that the plaintiff case was dismiss.

       ANGELA  DENISE  NAILS

      PRO   SE