IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS,           )<br>                               )<br>    Plaintiff,               )<br>                               )    CIVIL ACTION NO.<br>    v.                         )     1:06cv802-MHT<br>                               )<br>MANPOWER TEMPORARY             )<br>SERVICE,                       )<br>                               )<br>    Defendant.                 ) | |

### ORDER

It is ORDERED that plaintiff's motion for reason for dismissal (doc. no. 5) is granted to the extent that plaintiff is informed that the reasons for dismissal are given in the opinion of the court entered on September 8, 2006 (doc. no. 3).

DONE, this the 21st day of September, 2006.

                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE